# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Irenas, Joseph E. | District Court-- New Jersey | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-- Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

P.O. Box 2097
Camden, NJ 08101

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Irenas, Joseph E. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Irenas, Joseph E. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking Account | A | Interest | K | T | | | | | |
| 2. J.P. Morgan Chase Savings Account | A | Interest | K | T | | | | | |
| 3. J.P. Morgan Chase Checking Account | | None | J | T | | | | | |
| 4. Shares in Corp. / Princeton, N.J. Building | E | Rent | O | W | | | | | |
| 5. Bank of America 7% subordinated bond | B | Interest | J | T | | | | | |
| 6. Bank of America 6.9% subordinated bond | A | Interest | J | T | | | | | |
| 7. Oppenheimer N.J. Muni Fund Class A | C | Interest | L | T | | | | | |
| 8. Bank of America Invest. Serv. Money Market | A | Dividend | J | T | | | | | |
| 9. N.J. EDA State Lease Ref. 03/15/2022 | A | Interest | J | T | | | | | |
| 10. Fidelity IRA-- See Comment A | E | Int./Div. | O | T | | | | | |
| 11. -- Fidelity Retirement Money Market | | | | | | | | | |
| 12. -- Spartan 500 Index Fund | | | | | | | | | |
| 13. --Fideltiy Capital & Income Fund | | | | | | | | | |
| 14. -- Fidelity Contrafund | | | | | | | | | |
| 15. -- Fidelity OTC Portfolio | | | | | | | | | |
| 16. -- Fidelity Overseas | | | | | | | | | |
| 17. GE. Cap Corp. 4.875% Bond | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Irenas, Joseph E. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America 5.625% Bond | B | Interest | K | T | | | | | |
| 19. Microsoft 2.5% Bond | A | Interest | K | T | | | | | |
| 20. Discover Bank 2.25% CD | A | Interest | K | T | | | | | |
| 21. Barclay's Bank Certificate | B | Interest | K | T | Buy | 01/18/13 | K | | |
| 22. Intermusica Foundation | A | Dividend | O | W | | | | | |
| 23. Insurance Trust (H) See Part VIII (B) | | | | | | | | | |
| 24. - Mass Mutual Whole Life Insurance Policy #1 | A | Int./Div. | M | T | | | | | |
| 25. - Mass Mutual Whole Life Insurance Policy #2 | A | Int./Div. | M | T | | | | | |
| 26. - Mass Mutual Whole Life Insurance Policy #3 | A | Int./Div. | M | T | | | | | |
| 27. - Northwestern Mutual Whole Life Insurance Policy #4 | A | Int./Div. | L | T | | | | | |
| 28. John Hancock Whole Life Policy | A | Dividend | K | T | | | | | |
| 29. Mass Mutual Whole Life Policy | A | Dividend | J | T | | | | | |
| 30. J.P. Morgan Chase Checking Account (spouse) | | None | J | T | | | | | |
| 31. J.P. Morgan Chase Savings Account (spouse) | A | Interest | K | T | | | | | |
| 32. J.P. Morgan Chase Investment Management Account (H) | | | | | | | | | |
| 33. JP Morgan Sweep Account | A | Interest | J | T | | | | | |
| 34. JP Morgan TR II Core Bond FD | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Irenas, Joseph E. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan US Equity FD | A | Dividend | K | T | | | | | |
| 36. JP Morgan Intrepid Mid Cap FD | A | Dividend | J | T | | | | | |
| 37. JP Morgan Small Cap Value FD | A | Dividend | J | T | | | | | |
| 38. JP Morgan Intl Equity Index FD | A | Dividend | J | T | | | | | |
| 39. BBH Fd Inc Core (BBTEX) | A | Dividend | J | T | | | | | |
| 40. JPM Equity Income FD (HLIEX) | A | Dividend | | | Sold | 10/29/13 | J | A | |
| 41. JPM Large Cap Growth FD (SEEGX) | A | Dividend | J | T | | | | | |
| 42. JPM Tax Aware Equity FD (JPESX) | A | Dividend | K | T | Sold (part) | 10/29/13 | J | A | |
| 43. Legg Mason Partners Appreciation (SAPYX) | A | Dividend | | | Sold | 02/04/13 | J | A | |
| 44. SPDR S&P 500 ETF Trust (SPY) | | None | J | T | | | | | |
| 45. JPM TR I Midcap Core (JMRSX) | A | Dividend | | | Sold | 10/29/13 | J | A | |
| 46. Capital Private Xlient SVCS (CNUSX) | A | Dividend | J | T | | | | | |
| 47. iShares MSCI EAFE Index Fd (EFA) | A | Dividend | J | T | | | | | |
| 48. MFS Intl Value (MINIX) | A | Dividend | J | T | | | | | |
| 49. Vanguard MSCI Europe ETF (VGK) | A | Dividend | J | T | | | | | |
| 50. Aberdeen Asia Pcific (Ex Japan) Equity Fd (AAPIX) | A | Dividend | J | T | | | | | |
| 51. AIM Invt Fds Bal Risk All (ABRYX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Irenas, Joseph E. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Arbitrage Funds (ARBNX) | A | Dividend | J | T | | | | | |
| 53.  Eaton Vance Mut Fds Tr GB Macro (EIGMX) | A | Dividend | J | T | | | | | |
| 54.  Gateway Fund (GTEYX) | A | Dividend | J | T | | | | | |
| 55.  Pimco Unconstrained Bond Fd (PUCPX) | A | Dividend | J | T | | | | | |
| 56.  JPM Realty Income Fd (URTLX) | A | Dividend | | | Sold | 09/24/13 | J | A | |
| 57.  Pimco Commodities Plus Strategy P (PCLPX) | A | Dividend | J | T | | | | | |
| 58.  SPDR Gold Trust (GLD) | | None | J | T | Sold (part) | 10/25/13 | J | | |
| 59.  Harbor High Yield Bond Fd | A | Dividend | J | T | | | | | |
| 60.  JPM Str Inc Opp Fd | A | Dividend | | | Sold | 10/29/13 | J | A | |
| 61.  Doubleline Fds TR TTL RTN BD | A | Dividend | J | T | | | | | |
| 62.  Dreyfus Laurel EMG MKT Debt | A | Dividend | J | T | | | | | |
| 63.  JPM TR I MTL SC Incm Sl | | None | | | Sold | 10/29/13 | J | A | |
| 64.  Ridgeworth Fds SEIX FLRT HI | A | Dividend | J | T | Sold (part) | 07/01/13 | J | A | |
| 65.  T. Rowe Price Instl Income Fds FLTG | A | Dividend | | | Sold | 07/01/13 | J | A | |
| 66.  T. Rowe Price Inst Floating Rate Fd | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 67.  JPM Intermediate Tax Free Bd Fd | A | Dividend | K | T | Sold (part) | 07/01/13 | J | | |
| 68.  JPM Short Term Interm Muni Bond Fund | A | Dividend | | | Sold | 07/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. JPM Intl Currency Income Fd | | None | | | Sold | 07/22/13 | J | | |
| 70. JPM Mid Cap EQ Fd | A | Dividend | J | T | | | | | |
| 71. Dreyfus Laurel Emg Mkt Debt LOC | A | Dividend | | | Sold | 09/06/13 | J | | |
| 72. Virtus Emerging MKTS Oppor | A | Dividend | J | T | Buy | 02/04/13 | J | | |
| 73. | | | | | Sold (part) | 07/31/13 | J | A | |
| 74. Dodge & Cox Income FD | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 75. Prudential Invt Portfolios | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Irenas, Joseph E. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

COMMENT A-- Part VII; Items 16 through 26-- McCarter & English maintained a KEOGH Retirment Plan for all partners of the firm. When I withdrew from the firm in 1992, my interest in the plan was segregated into a separate account so that it is managed at my sle discretion distinctly apart from the firm's general retirement plan. Effective January 1, 1996, all participants in the plan were required to invest their accounts in one of ten mutual funds offered by Fidelity Investments, Boston Massachusetts. Each fund participant was permitted to switch back and forth between any of these funds, but could nto otherwise choose other investments. As with all mutual funds, actual investments are controlled by fund managers. Effective May 8, 2002, I withdrew from the McCarter & English plan and rolled over my entire account into an individual IRA where I was permitted to choose investments other than Fidelity funds. However, I made no change in the particular Fidelity Funds in which I have invested, though from time to time I did transfer money market funds into specific investments selected by me. In Part VII, I have listed values for the IRA as a whole and below that I have listed the specific funds or assets in which I am invested. I am doing that pursuant to the instructions given in correspondence from the Committee dated August 6, 2002. Item 16 represents the value for the entire IRA. Items 17-26 represent component parts of the IRA. I gather it is not required to complete Columns B and C for the individual component parts which are mutual funds where I do not control the investments. However, I have provided individual information for Items 22-26 even though these amounts are also included in the entire IRA total in Item 16.

COMMENT B-- Part VII; Item 28-- Before I became a judge, I created a life insurance trust to which I transferred four policies. Depending on the circumstances, my wife or children will be the beneficiaries of the trust when I die. The Trustee is an individual attorney. I have been paying the premiums to the Trustee, but since my wife and children are the beneficial owners of the trust, these payments to the Trustee are treated as gifts to the beneficial owners. All four policies are whole life policies which have cash values. The value code in Column B(1) reflects all dividends received by the Trustee whether or not paid out in cash or used to reduce premiums. The value code in Column C(1) reflects the combined cash value of the four policies in the Trust. Dividends not used to reduce premiums are paid by the Trustee to my wife as beneficial owner of the Trust. In prior years, policy loans were made on some policies to pay a portion of the premiums. Dividends have also been used to pay interest on policy loans.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph E. Irenas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544